UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| DAVID BOTT, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| vs. ) | No. 1:17-cv-00821-TWP-DML |
| ) | |
| SUPERINTENDENT, ) | |
| ) | |
| Respondent. ) | |

**FINAL JUDGMENT**

The Court having this day directed the entry of final judgment, the Court now enters FINAL JUDGMENT in favor of the respondent and against the petitioner, David Bott.

Mr. Bott's petition for writ of habeas corpus is denied and the action is dismissed with prejudice.

Date: 11/2/2017

TANYA WALTON PRATT, JUDGE
United States District Court
Southern District of Indiana

Laura Briggs, Clerk of Court

By: _____
Deputy Clerk

Electronic distribution to counsel of record via CM/ECF and to:

DAVID BOTT
104979
PLAINFIELD - CF
PLAINFIELD CORRECTIONAL FACILITY
Inmate Mail/Parcels
Electronic Service Participant - Court only